IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.: 4:10cr69-SPM

CARL WAYNE ZEIDERS,

    Defendant.

_____/

## ORDER DENYING MOTION TO DISMISS

This cause comes before the Court on Defendant Carl Wayne Zeiders' Motion to Dismiss (doc. 14) and the Government's response (doc. 15). As Defendant acknowledges, his argument has been rejected by the Eleventh Circuit Court of Appeals in United States v. Ambert, 561 F.3d. 1202 (11th Cir. 2009). Accordingly, it is

ORDERED AND ADJUDGED: the Motion to Dismiss (doc. 14) is denied.

DONE AND ORDERED this 13th day of October, 2010.

      *s/ Stephan P. Mickle*
      Stephan P. Mickle
      Chief United States District Judge