IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

v.　　　　　　　　　　　　　　　　　　　　CASE NO.: 4:10cr69-SPM

CARL WAYNE ZEIDERS,

　　　Defendant.
_____/

## ACCEPTANCE OF GUILTY PLEA

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there have been no timely objections, and subject to the Court's consideration of any Plea Agreement pursuant to Fed. R. Crim. P. 11(e)(2), the plea of guilty of the defendant, CARL WAYNE ZEIDERS, to Count One of the indictment is hereby **ACCEPTED**. All parties shall appear before this Court for sentencing as directed.

DONE AND ORDERED this 3rd day of November, 2010.

　　　　　　　　　　　　　　　_s/ Stephan P. Mickle_
　　　　　　　　　　　　　　　Stephan P. Mickle
　　　　　　　　　　　　　　　Chief United States District Judge